Richard R. Barker
Acting United States Attorney
Eastern District of Washington
Courtney R. Pratten
Assistant United States Attorney
402 E. Yakima Avenue, Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 11 2025

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>        v.<br><br>RAHEEMA TIGHEE GEORGE,<br><br>                          Defendant. | 1:25-CR-2023-RLP<br><br>INDICTMENT<br><br>Vio:  18 U.S.C. § 922(g)<br>         Felon in Possession of<br>         Ammunition<br><br>18 U.S.C. § 924(d)(1), 28<br>U.S.C. § 2461(c)<br>Forfeiture Allegation |

The Grand Jury charges:

On or about October 13, 2023, in the Eastern District of Washington, the Defendant, RAHEEMA TIGHEE GEORGE, knowing his status as a person previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting commerce, ammunition, to wit: some amount of Winchester caliber 5.56 mm ammunition, which had theretofore been transported in interstate and foreign commerce, in violation of 18 U.S.C. § 922(g).

INDICTMENT – 1

NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture.

Pursuant to 18 U.S.C. § 924(d)(l) and 28 U.S.C. § 2461(c), upon conviction of an offense Felon in Possession of Ammunition, in violation of 18 U.S.C. § 922(g), as set forth in this Indictment, Defendant, RAHEEMA TIGHEE GEORGE, shall forfeit to the United States of America any ammunition involved or used in the commission of the offense.

DATED this ‍ll‍ day of March, 2025.



Rich Barker
_____
Richard R. Barker
Acting United States Attorney

_____
Courtney R. Pratten
Assistant United States Attorney

INDICTMENT – 2